Copies to: Judge
AUSA – Special Proceedings
Dft.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTTRICT OF COLUMBIA

Antwuan Ball,  )
    Petitioner

v  )  Case No. 05-100-01-(PLF)

United States of America,  )
    Respondant

**FILED**
JUL -8 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MOTION FOR ENLARGEMENT OF TIME TO FILE
A FOR A REPLY TO GOVERNMENTS OPPOSITION

---

Comes now, petitioner Antwuan Ball, pro se, hereinafter petitioner, humbly requesting an enlargement of time pursuant to Fed. R. App. Pro. Rule 26 (b), for good cause. Petitioner submits that he needs and enlargement of time because the issues are complexed and complicated and petitioner needs to research, study, and prepare, before he is able to put forth a meaningful challenge as a pro se pleader with limited access to the law library. Petitioner submits that he works an institutional work assignment between 7 am and 3:30 pm, Monday thru Friday and can only utilize the law library from 6 pm and 9 pm Monday thru Friday and 12 to 3 on week ends, he request this enlargement of time to file his reply to the governments opposition. Petitioner humbly request a 45 to 60 day enlargement of time or whatever this honorable court deem appropriate.

**RECEIVED**
JUL 1 2 2016   in the
criminal
Clerk, U.S. District & Bankruptcy   division
Courts for the District of Columbia   M.L.P

1 of 3


RECEIVED
Mail Room
JUL 8 2016
Angela D. Caesar
U.S. District Court D...

## LIBERAL PLEADINGS AND CONSTRUANCE DOCTRINE

As a pro se pleader, petitioner INVOKES the full protections of the liberal pleadings and construance doctrine established in and modified by the United States Supreme Court in <u>Haines v Kerner</u>, 404 US 519 (1972); <u>Boag v Macdougal</u>, 454 US 365 (1982); and <u>Hill v United States</u>, 468 US 424 (1987). Under the doctrine this court must liberally construe pro se pleadings, must not dismiss them on mere technicality, must construe the pleading to be made under whatever law, rule, or practice which would provide the pleader with the proper avenue for relief, and must construe the pleading to the benefit of the pro se pleader. The doctrine further dictates that the court not hold pro se pleaders to the same standard as attorneys and must grant them the ability to freely amend their pleadings. A court should act by whatever procedural channel that is necessary to do justice.

Respectfully Submitted,

Antwuan Ball, pro se

## CERTIFICATE OF SERVICE

I, Antwuan Ball, a pro se pleader, do attest under penalty of perjury that a true and correct copy of the forgoing motion for enlargement of time was sent via United States Postal Service to the following parties on this 1st, day of July 2016.

Clerk of the Court
United States District Court
for the The District of Columbia
US Courthouse
333 Constitution Ave, N.W.
Washington, DC 20001

ATTN: Clerk of the Court
Please Forward a Stamped Filed
Copy in the S.A.S.E. Provided

Assistant United States Attorney
T. Anthony Quinn
Unites States Attorney Office
Special Proceedings Division
555 Fourth Street, N.W.
Washington, DC 20530

Respectfully Submitted,

Antwuan Ball, pro se

Antwuan Ball. Abdus Salaam Rashaad
Reg. No. 01433-748
Rivers Correctional Institution.
P.O. Box 630
Winton, N.C. 27986


FOREVER


FOREVER

Clerk of the Court
United States District Court
for the The District of Columbia
US Courthouse
333 Constitution Ave, N.W.
Washington, DC 20001